Margaret MOORE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD #36265.

Missouri Court of Appeals,
Western District.

May 28, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 30, 1985.

Application to Transfer Denied Sept. 10, 1985.

David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

Mary Elise Burnett, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and PRITCHARD and CLARK, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion. Judgment affirmed. Rule 84.16(b).